NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Liberace H. Cruzuee
310 W. 121st Street
Los Angeles, CA 90061



ATTORNEY(S) FOR: DEFENDANT IN PRO PER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Magnum Property Investments, LLC<br><br>Plaintiff<br>v.<br><br>Martha Clotilde Allen, and Does 1 to 10.<br><br>Defendant(s) | CASE NUMBER:<br>LACV20-07549-DMG-AFMx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   LIBERACE H. CRUZUEE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LIBERACE H. CRUZUEE | LANE M. NUSSBAUM |
| MARTHA CLOTILDE ALLEN | BRANDON S. DIMOND |
| 310 W. 121ST ST | NUSSBAUM APC |
| LOS ANGELES, CA 90061 | 27849 AGOURA RD., SUITE 102 |
| | AGOURA HILLS, CA 91301 |

August 19, 2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Liberace H. Cruzuee